FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 15 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CORINTH KING,                                    JUDGMENT
                                                 09-CV-1244 (JG)
        *Plaintiff,*

  -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        *Defendant.*
-------------------------------------------------------------X

     A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 14, 2009, denying the Commissioner's motion for judgment on the pleadings; granting plaintiff's motion; and remanding the case solely for the calculation of benefits; it is

     ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is denied; that plaintiff's motion is granted; and that the case is remanded solely for the calculation of benefits.

Dated: Brooklyn, New York
       October 14, 2009

                                               s/Robert C. Heinemann
                                               ROBERT C. HEINEMANN
                                               Clerk of Court